No. 126, Orig.  KANSAS *v.* NEBRASKA ET AL.  Motion of Nebraska for leave to file first amended answer, counterclaim, and

cross-claim referred to the Special Master. Motion of the Special Master for allowance of fee and disbursements granted, and the Special Master is awarded a total of $111,631.38 to be paid equally by Kansas, Nebraska, and Colorado. [For earlier order herein, see, e. g., 530 U. S. 1272.]